UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
_____

NORMAN POWELL,

                              **Plaintiff,**

                  v.                                  3:09-CV-1082
                                                               (FJS/GHL)

MICHAEL ASTRUE, Commissioner of
Social Security,

                              **Defendant.**
_____

**APPEARANCES**　　　　　　　　　　　　　　　　**OF COUNSEL**

**LACHMAN & GORTON**　　　　　　　　　　　**PETER A. GORTON, ESQ.**
1500 East Main Street
P.O. Box 89
Endicott, New York 13761-0089
Attorneys for Plaintiff

**SOCIAL SECURITY ADMINISTRATION**　　**KRISTINA D. COHN, ESQ.**
**Office of Regional General Counsel**
**Region II**
26 Federal Plaza – Room 3904
New York, New York 10278
Attorneys for Defendant

**SCULLIN, Senior Judge**

## ORDER

      Currently before the Court is Magistrate Judge Lowe's August 13, 2010 Report-Recommendation to which the parties did not file any objections.  *See* Dkt. No. 14.  Having reviewed that Report-Recommendation, the entire file in this matter, as well as the applicable law, the Court hereby

      **ORDERS** that Magistrate Judge Lowe's August 13, 2010 Report-Recommendation is

**ACCEPTED in its entirety** for the reasons stated therein; and the Court further

**ORDERS** that the Commissioner's determination of no disability is **VACATED** and this matter is **REMANDED** to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g) for further consideration consistent with the Report-Recommendation; and the Court further

**ORDERS** that the Clerk of the Court shall enter judgment in favor of Plaintiff and close this case.

**IT IS SO ORDERED.**

Dated: October 11, 2010
       Syracuse, New York

                              Frederick J. Scullin, Jr.
                              Senior United States District Court Judge